AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
для the
## EASTERN DISTRICT OF MICHIGAN

ROBERT BENNETT,
*Petitioner*

v.

ERIC RARDIN, WARDEN,
*Respondent*
(name of warden or authorized person having custody of petitioner)

Case: 2:24-cv-13344
Assigned To : Goldsmith, Mark A.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 12/16/2024
Description: HC BENNETT V. RARDIN (MRS)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Robert Bennett
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Federal Correctional Institution - Milan
   (b) Address: P.O. Box 1000 / Milan, Michigan 48160
   (c) Your identification number: 23042-021
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: United States District Court For The Southern District Of Georgia - Savannah Division
      (b) Docket number of criminal case: 5:19cr00004-1
      (c) Date of sentencing: December 3, 2019
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☒ Other *(explain)*: Change in law.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:   N/A

   (b) Docket number, case number, or opinion number:   N/A
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   N/A

   (d) Date of the decision or action:   N/A

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes        ☐ No    N/A
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:  N/A

       (2) Date of filing:   N/A
       (3) Docket number, case number, or opinion number:   N/A
       (4) Result:   N/A
       (5) Date of result:   N/A
       (6) Issues raised:   N/A

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (b) If you answered "No," explain why you did not appeal:  N/A

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes      ☐ No    N/A
   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court:  N/A

       (2) Date of filing:  N/A
       (3) Docket number, case number, or opinion number:  N/A
       (4) Result:  N/A
       (5) Date of result:  N/A
       (6) Issues raised:  N/A

   (b) If you answered "No," explain why you did not file a second appeal:  N/A

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes      ☐ No    N/A
   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court:  N/A

       (2) Date of filing:  N/A
       (3) Docket number, case number, or opinion number:  N/A
       (4) Result:  N/A
       (5) Date of result:  N/A
       (6) Issues raised:  N/A

(b) If you answered "No," explain why you did not file a third appeal:  N/A

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes ☐ No  N/A

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes ☐ No  N/A

   If "Yes," provide:
   (1) Name of court: N/A
   (2) Case number: N/A
   (3) Date of filing: N/A
   (4) Result: N/A
   (5) Date of result: N/A
   (6) Issues raised: N/A

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes ☐ No  N/A

   If "Yes," provide:
   (1) Name of court: N/A
   (2) Case number: N/A
   (3) Date of filing: N/A
   (4) Result: N/A
   (5) Date of result: N/A
   (6) Issues raised: N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: __N/A__

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes      ☐ No    N/A

If "Yes," provide:

    (a)    Date you were taken into immigration custody: __N/A__
    (b)    Date of the removal or reinstatement order: __N/A__
    (c)    Did you file an appeal with the Board of Immigration Appeals?

        ☐ Yes      ☐ No    N/A

        If "Yes," provide:

        (1) Date of filing: __N/A__
        (2) Case number: __N/A__
        (3) Result: __N/A__
        (4) Date of result: __N/A__
        (5) Issues raised: __N/A__

    (d)    Did you appeal the decision to the United States Court of Appeals?

        ☐ Yes      ☐ No    N/A

        If "Yes," provide:

        (1) Name of court: __N/A__
        (2) Date of filing: __N/A__
        (3) Case number: __N/A__

    (4) Result: __N/A__
    (5) Date of result: __N/A__
    (6) Issues raised: __N/A__

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☐ No    N/A

    If "Yes," provide:

    (a) Kind of petition, motion, or application: __N/A__
    (b) Name of the authority, agency, or court: __N/A__
    (c) Date of filing: __N/A__
    (d) Docket number, case number, or opinion number: __N/A__
    (e) Result: __N/A__
    (f) Date of result: __N/A__
    (g) Issues raised: __N/A__

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    GROUND ONE: Bennett is entitled to the First Step Act Time Credits as he has served and completed his §924(c) sentence in April of 2023 which ran consecutively with his other sentence. See Loper v. Raimondo, 144 S.Ct. 2244 (2024) which overturned the Chevron doctrine by stating that the Administrative Procedure Act (APA), 5 U.S.C. §551 et seq., specifies that courts, not agencies, will decide all

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
relevant questions of law arising on review of agency action, 5 U.S.C. §706 - even those involving ambiguous laws and set aside any such action inconsistent with the law as they interpret it. Courts must exercise their independent judgment in deciding whether an agency has acted within its statutory authority, as the APA requires.

(b) Did you present Ground One in all appeals that were available to you?
❏ Yes        ❏ No    N/A

GROUND TWO:  N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
N/A

(b) Did you present Ground Two in all appeals that were available to you?
❏ Yes        ❏ No    N/A

GROUND THREE:  N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
N/A

(b) Did you present Ground Three in all appeals that were available to you?
❏ Yes        ❏ No    N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR:    N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No    N/A

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:   N/A

### Request for Relief

15. State exactly what you want the court to do: To GRANT Bennett relief by giving him his FSA Time Credits and back date starting in April of 2023 when Bennett finished serving his §924(c) sentence in light of the new Supreme Court ruling in Loper.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
December 9, 2024

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: December 9, 2024

X _[signature]_
Signature of Petitioner

N/A
Signature of Attorney or other authorized person, if any





Robert Bennett
NAME

#23042-021
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
11 DEC 2024 PM 2 L

Office of The Clerk
United States District Court
231 Lafayette Blvd., Rm. 564
Detroit, MI 48226

48226-271839