UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BENNETT,

    Petitioner,

v.                                 Case No. 24-cv-13344
                                  HON. MARK A. GOLDSMITH

ERIC RARDIN,

    Respondent.
_____/

## **JUDGMENT**

Judgment is entered in accordance with the Opinion and Order entered on today's date. The case is closed.

                                                KINIKIA ESSIX
                                                CLERK OF THE COURT

                              By:   s/Joseph Heacox
                                        DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: November 13, 2025